435 A.2d 929

Commonwealth v. Cromer, Appellant.

Submitted December 5, 1980. Jonathan Blum, Assistant Public Defender, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, DiSALLE and MONTEMURO, JJ.

Judgment of sentence affirmed.

435 A.2d 930

Commonwealth v. Fassnacht, Appellant.

Petition for Allowance of Appeal Denied Nov. 30, 1981.

Argued December 5, 1980. Gregory M. Harvey, for appellant; Steven H. Goldblatt, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and HOFFMAN, JJ.

Order affirmed.